IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-429-RJC-DCK

| | |
|---|---|
| PAM MILLER, individually and for others similarly situated, ) ) ) Plaintiff, ) ) v. ) THE STEAM GENERATING TEAM, LLC, ) ) Defendant. ) ) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) filed by Joshua R. Adams, concerning T. Chase Samples on November 14, 2019. A. Chase Samples seeks to appear as counsel *pro hac vice* for Defendant The Steam Generating Team, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) is **GRANTED**. A. Chase Samples is hereby admitted *pro hac vice* to represent Defendant The Steam Generating Team, LLC.

**SO ORDERED**.

Signed: November 14, 2019

_____
David C. Keesler
United States Magistrate Judge