UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-cv-00139-FDW-DCK

| | |
|---|---|
| JERSEY WARNER, | ) |
| Plaintiff, | ) |
| | ) ORDER |
| vs. | ) |
| | ) |
| RUSH ESPRESSO CAFÉ, LLC, and PAUL MCCONACHY, | ) |
| Defendants. | ) |

THIS MATTER is before the Court on Plaintiff's Response (Doc. No. 8) to the Court's Order to Show Cause (Doc. No. 7) why his claims against Defendant Paul McConachy should not be dismissed pursuant to Fed. R. Civ. P. 4(m). In the response, Plaintiff outlines the multiple efforts she has made and continues to make to serve Defendant McConachy. Plaintiff also requests the Court find good cause to allow additional time to achieve service of process on Defendant McConachy. For the reasons stated in the Response as well as the accompany Declaration in support of the request for additional time, the Court finds GOOD CAUSE exists to extend the time for Plaintiff to achieve service of process.

IT IS THEREFORE ORDERED that Plaintiff shall have an addition thirty (30) days from the date of this Order to serve Defendant McConachy.

IT IS SO ORDERED.

Signed: December 6, 2019

Frank D. Whitney
Chief United States District Judge